# FREEZE INDEX DOCUMENTS

| Document | Date | To Whom | From | Type |
|---|---|---|---|---|
| **Complaint** | 12/29/2022 | Court | Eric Freeze | Complaint |
| **Exhibit 1A** | 12/16/2021 | Acuna | Eric Freeze | Affidavit |
| **Exhibit 1D** | 7/29/2022 | Court | Jose Acuna | Affidavit |
| **Exhibit 2A** | 12/13/2021 | Eric Freeze | Gallagher, Sachter, Taylor, Freeze Trust | Affidavit |
| **Exhibit 2B** | 1/5/2022 | Gallagher, Sachter, Taylor, Freeze Trust, Acuna, McDermott | Eric Freeze | Affidavit |
| **Exhibit 2C** | 1/28/2022 | Gallagher, Sachter, Taylor, Freeze Trust, Acuna, McDermott, Acuna Cedar, Inc., Weyrich | Eric Freeze | Affidavit |
| **Exhibit 3** | 2/24/2022 | Inslee, Ferguson, Shah, Hobbs, McDermott, Weyrich, Perkins, Wesen, Browning, Janicki, Sachter, Taylor | Eric Freeze | Bond Request |
| **Exhibit 4** | 8/22/2022 | Riquelme | Eric Freeze | Summary Judgement |
| **Exhibit 5** | 12/23/2022 | Yost | Eric Freeze | Order |
| **Exhibit 6** | 8/23/2022 | Court | Taylor | Americus Curiae |

# EXHIBIT 1A

## ACUNA 12-16-21

## Common Law AFFIDAVIT/DECLARATION OF TRUTH
### Notice of Constitutional Violations,
### Notice to Cure, Notice to Cease and Desist

Jointly and Severally to:

Jose Acuna, a sentient man,
7906 Renic Dr.
Sedro Woolley WA 98284

FREEZE REVOCABLE TRUST
hereinafter, 'TRUST,' 11 Depot Rd,
Stratham, NH [03885],

Elizabeth Gallaghar, a sentient woman,
11 Depot Rd,
Stratham, NH [03885],

Hereinafter, RESPONDENTS.

Sent Via Certified, return Receipt USPS Mail,
7020316000017233365, and 70202450000080355067, 70202450000080355074

I, Eric Freeze, a sentient man (non-legal fiction entity/person), hereinafter, Eric, possessing God-given unalienable Rights makes this 'Common Law AFFIDAVIT/DECLARATION OF TRUTH Notice of Constitutional Violations, and Notice to Cure, Notice to Cease and Desist', hereinafter, AFFIDAVIT, declares under pain and penalty of perjury under the laws of the organic United States of America and of the organic State of Washington [not to be confused with any legal fiction/corporate/governmental entities] that I am of legal age and sound mind and hereby attests that the statements, averments and information contained in this AFFIDAVIT are true and correct. Eric was born on Property outlined in Exhibit A, hereinafter, Property. Eric has had a valid contract with TRUST since 2008.

This Affidavit AND Notice of 10 Day Good Faith Settlement Offer to CURE for Infringement of Constitutionally secured Rights and Denial of Life, Liberty and the pursuit of Happiness in Common Law protected by the US and Washington state Constitutions is directed Jointly and Severally to 'FREEZE REVOCABLE TRUST', Elizabeth Gallaghar, and Jose Acuna
hereinafter, RESPONDENTS, by virtue of the Constitutionally secured Right to Redress of Grievance in original Organic Common Law Jurisdiction as is the Right of all beneficiaries of the Organic Laws of the United States of America.

I.      This AFFIDAVIT shall be considered sufficient lawful notice to the parties, ALL RESPONDENTS, herein named. Said AFFIDAVIT is hereby made pursuant to Original Jurisdiction Organic Law and the United States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The Washington State Constitution, in particular Article 1, Sections 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 27, 29, 30, 32 and 35. Article 9 section 1 - Education Preamble, Article 9 section 4 - Sectarian control of influence prohibited.

II.

1

Common Law AFFIDAVIT/DECLARATION OF TRUTH
Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

## Common Law AFFIDAVIT/DECLARATION OF TRUTH
### Notice of Constitutional Violations,
### Notice to Cure, Notice to Cease and Desist

Jointly and Severally to:

Jose Acuna, a sentient man,
7906 Renic Dr.
Sedro Woolley WA 98284

FREEZE REVOCABLE TRUST
hereinafter, 'TRUST,' 11 Depot Rd,
Stratham, NH [03885],

Elizabeth Gallaghar, a sentient woman,
11 Depot Rd,
Stratham, NH [03885],

Hereinafter, RESPONDENTS.

Sent Via Certified, return Receipt USPS Mail,
7020316000172331365, and 7020245000080355067, 7020245000080355074

I, Eric Freeze, a sentient man (non-legal fiction entity/person), hereinafter, Eric, possessing God-given unalienable Rights makes this 'Common Law AFFIDAVIT/DECLARATION OF TRUTH Notice of Constitutional Violations, and Notice to Cure, Notice to Cease and Desist', hereinafter, AFFIDAVIT, declares under pain and penalty of perjury under the laws of the organic United States of America and of the organic State of Washington [not to be confused with any legal fiction/corporate/governmental entities] that I am of legal age and sound mind and hereby attests that the statements, averments and information contained in this AFFIDAVIT are true and correct. Eric was born on Property outlined in Exhibit A, hereinafter, Property. Eric has had a valid contract with TRUST since 2008.

This Affidavit AND Notice of 10 Day Good Faith Settlement Offer to CURE for Infringement of Constitutionally secured Rights and Denial of Life, Liberty and the pursuit of Happiness in Common Law protected by the US and Washington state Constitutions is directed Jointly and Severally to 'FREEZE REVOCABLE TRUST', Elizabeth Gallaghar, and Jose Acuna
hereinafter, RESPONDENTS, by virtue of the Constitutionally secured Right to Redress of Grievance in original Organic Common Law Jurisdiction as is the Right of all beneficiaries of the Organic Laws of the United States of America.

I.       This AFFIDAVIT shall be considered sufficient lawful notice to the parties, ALL RESPONDENTS, herein named. Said AFFIDAVIT is hereby made pursuant to Original Jurisdiction Organic Law and the United States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The Washington State Constitution, in particular Article 1, Sections 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 27, 29, 30, 32 and 35. Article 9 section 1 - Education Preamble, Article 9 section 4 - Sectarian control of influence prohibited.

II.

RESPONDENTS sworn response given under pain and penalty of perjury specific to each and every point of the subject matter stated herein must be received within (10) ten days after RESPONDENTS' receipt of Eric's AFFIDAVIT. Any other reply not conforming to this Section II, regardless to subject matter is to be considered false and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this AFFIDAVIT, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Eric as fact.

1. In regard to all actions to remove Eric from Property, undertaken by RESPONDENTS, Eric denies the RESPONDENTS' statement that Eric was allowed due process, or was allowed a lawful timely manner to respond.

2. Eric states that every correspondence from RESPONDENTS was answered in a lawful timely manner.

3. Eric rebuts and disagrees with every claim RESPONDENTS has made against him as false statements. The RESPONDENTS have declared False Claims.

4. RESPONDENTS agree that Eric has responded to every correspondence in a lawful timely manner.

5. On or about November 15, 2021 RESPONDENTS worked in concert to trespass, acting in fraud, to deprive and infringe on Eric's 4th Amendment rights, to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.

6. Furthermore, on or before November 15, 2021, Respondents did collude and work in concert to unlawfully Break and Enter, Vandalize and Burglarize, Eric's home for the specific purpose of committing fraud, theft, vandalism, to Burglarize, violate Eric's Constitutional rights, and damage to Eric's house and remove his possessions.

7. On, before or about November 15, 2021, In an attempt to force Eric from his home, RESPONDENTS colluded to intimidate, harass, libel, slander, coerce and embarrass Eric by changing the locks on Eric's house that he was born in, and lived in for 34 years, preventing Eric access to his home by domestic terrorism and criminal conspiracy.

8. On, before or about November 15, 2021 RESPONDENTS did conspire to commit Burglary, steal Eric's phone, damaging this valuable property, an heirloom of Eric's Dad and plot with aforethought of malice and intent did commit these crimes for profit.

9. On, before or about November 15, 2021 RESPONDENTS set up coercive, fraudulent, extortionary, or otherwise illegal coordinated scheme or operation (a racket) to repeatedly or consistently collect money or other profits at Eric's expense. Due to the RESPONDENTS' illegal

RESPONDENTS sworn response given under pain and penalty of perjury specific to each and every point of the subject matter stated herein must be received within (10) ten days after RESPONDENTS' receipt of Eric's AFFIDAVIT. Any other reply not conforming to this Section II, regardless to subject matter is to be considered false and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this AFFIDAVIT, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Eric as fact.

1. In regard to all actions to remove Eric from Property, undertaken by RESPONDENTS, Eric denies the RESPONDENTS' statement that Eric was allowed due process, or was allowed a lawful timely manner to respond.

2. Eric states that every correspondence from RESPONDENTS was answered in a lawful timely manner.

3. Eric rebuts and disagrees with every claim RESPONDENTS has made against him as false statements. The RESPONDENTS have declared False Claims.

4. RESPONDENTS agree that Eric has responded to every correspondence in a lawful timely manner.

5. On or about November 15, 2021 RESPONDENTS worked in concert to trespass, acting in fraud, to deprive and infringe on Eric's 4th Amendment rights, to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.

6. Furthermore, on or before November 15, 2021, Respondents did collude and work in concert to unlawfully Break and Enter, Vandalize and Burglarize, Eric's home for the specific purpose of committing fraud, theft, vandalism, to Burglarize, violate Eric's Constitutional rights, and damage to Eric's house and remove his possessions.

7. On, before or about November 15, 2021, In an attempt to force Eric from his home, RESPONDENTS colluded to intimidate, harass, libel, slander, coerce and embarrass Eric by changing the locks on Eric's house that he was born in, and lived in for 34 years, preventing Eric access to his home by domestic terrorism and criminal conspiracy.

8. On, before or about November 15, 2021 RESPONDENTS did conspire to commit Burglary, steal Eric's phone, damaging this valuable property, an heirloom of Eric's Dad and plot with aforethought of malice and intent did commit these crimes for profit.

9. On, before or about November 15, 2021 RESPONDENTS set up coercive, fraudulent, extortionary, or otherwise illegal coordinated scheme or operation (a racket) to repeatedly or consistently collect money or other profits at Eric's expense. Due to the RESPONDENTS' illegal

actions Eric has intent to lien RESPONDENTS' Property in question for $740,876.00 for Eric's, claims, interest and work performed.

10. TRUST and or RESPONDENTS have violated contract with Eric.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both.

As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this AFFIDAVIT, will immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

### Lawful Notice

**Sufficient Lawful notification** has been provided to Sheriff Don McDermott and RESPONDENTS, stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. RESPONDENTS shall Cease and Desist all unlawful actions against Eric. If RESPONDENTS fail to respond as per Section II of AFFIDAVIT, then, RESPONDENTS tacitly agree with all AFFIDAVIT statements and admit to them. Pursuant to this lawful notification, if you disagree with anything stated under oath in this AFFIDAVIT, then rebut to Eric that with which you disagree, with particularity, within  (10) ten business  days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the United States of America and this state of Washington. An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this **AFFIDAVIT** is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

### <u>OFFER TO CURE</u>

Eric makes a one-time, reduced Offer to Cure. If this reduced offer is not accepted, RESPONDENTS agrees the full damage is due and payable to Eric. Settlement amount does not reflect total damages to Eric.

Therefore, Eric submits this invoice for infringement violations, fees, denigration, and expenses to RESPONDENTS, for payment, at time and place designated by Eric.

actions Eric has intent to lien RESPONDENTS' Property in question for $740,876.00 for Eric's, claims, interest and work performed.

10. TRUST and or RESPONDENTS have violated contract with Eric.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both.

As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this AFFIDAVIT, will immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

### Lawful Notice

**Sufficient Lawful notification** has been provided to Sheriff Don McDermott and RESPONDENTS, stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. RESPONDENTS shall Cease and Desist all unlawful actions against Eric. If RESPONDENTS fail to respond as per Section II of AFFIDAVIT, then, RESPONDENTS tacitly agree with all AFFIDAVIT statements and admit to them. Pursuant to this lawful notification, if you disagree with anything stated under oath in this AFFIDAVIT, then rebut to Eric that with which you disagree, with particularity, within (10) ten business days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the United States of America and this state of Washington. An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this **AFFIDAVIT** is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

### <u>OFFER TO CURE</u>

Eric makes a one-time, reduced Offer to Cure. If this reduced offer is not accepted, RESPONDENTS agrees the full damage is due and payable to Eric. Settlement amount does not reflect total damages to Eric.

Therefore, Eric submits this invoice for infringement violations, fees, denigration, and expenses to RESPONDENTS, for payment, at time and place designated by Eric.

**Offer #1.** Because of these numerous, various and sundry infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice to cure as a one-time good faith settlement for said RESPONDENTS' illegal acts on his behalf for $740,876.33 USD (U.S. dollars, real money) (Seven hundred forty thousand eight hundred seventy-six dollars and thirty-three cents) USD (U.S. real money dollars) for payment to Contract Collection Trust at time and place designated by Eric. This one-time good faith settlement offer is only valid for 10 days from receipt of this invoice of this AFFIDAVIT.

It is agreed that receipt of payment for this Offer #1, hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damages suffered by Eric. Settlement amount reflects damages to Eric.
This one-time, 10-day, good faith settlement offer is only valid for the next 10 days from receipt of this AFFIDAVIT.

**Offer #2:** RESPONDENT agrees to pay the full amount of damages to Eric within 13 (thirteen) days of receipt of this AFFIDAVIT, with interest calculated at rate of 3.5 % (three and 1/2 percent) compounded per annum, prorated monthly.

## CORRESPONDENCE

In the event RESPONDENTS elect to settle with payment,
Make Cashiers check payable to: Contract Collection Trust
Place of payment: P. O. Box 119, Burlington, WA 98233
Time of payment: Within 10 days of receipt of this AFFIDAVIT.

Should this offer be rejected, BY RESPONDENTS:

- RESPONDENTs agrees to any form of encumbrance, lien, garnishment, auction or action of all RESPONDENT'S property, and assets, required to satisfy Offer to Cure until the sum total and interest is collected by Eric.
- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety and this consent supersedes any and all civil and or statute law for filing or leaning RESPONDENTS for damages against Eric in RESPONDENTS' private, civil and or public capacity.
- Of this presentment take due Notice and heed and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

## CONCLUSION

**Sufficient Lawful notification** has been provided to Sheriff Don McDermott, **and** all TRUST RESPONDENTS stating that RESPONDENTS must rebut this statements, charges and averments made in this **AFFIDAVIT**. Pursuant to that Notice, if RESPONDENTS disagree with anything stated in this **AFFIDAVIT**, they must rebut point by point with an affidavit given under Pain and Penalty of Perjury, within (10) ten business days of receipt thereof. Any other reply not conforming to Section II

Common Law AFFIDAVIT/DECLARATION OF TRUTH
Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

**Offer #1.** Because of these numerous, various and sundry infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice to cure as a one-time good faith settlement for said RESPONDENTS' illegal acts on his behalf for $740,876.33 USD (U.S. dollars, real money) (Seven hundred forty thousand eight hundred seventy-six dollars and thirty-three cents) USD (U.S. real money dollars) for payment to Contract Collection Trust at time and place designated by Eric. This one-time good faith settlement offer is only valid for 10 days from receipt of this invoice of this AFFIDAVIT.

It is agreed that receipt of payment for this Offer #1, hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damages suffered by Eric. Settlement amount reflects damages to Eric.
This one-time, 10-day, good faith settlement offer is only valid for the next 10 days from receipt of this AFFIDAVIT.

**Offer #2:** RESPONDENT agrees to pay the full amount of damages to Eric within 13 (thirteen) days of receipt of this AFFIDAVIT, with interest calculated at rate of 3.5 % (three and 1/2 percent) compounded per annum, prorated monthly.

**CORRESPONDENCE**

In the event RESPONDENTS elect to settle with payment,
Make Cashiers check payable to: Contract Collection Trust
Place of payment: P. O. Box 119, Burlington, WA 98233
Time of payment: Within 10 days of receipt of this AFFIDAVIT.

Should this offer be rejected, BY RESPONDENTS:

- RESPONDENTs  agrees to any form of encumbrance, lien, garnishment, auction or action of all RESPONDENT'S property, and assets, required to satisfy Offer to Cure until the sum total and interest is collected by Eric.
- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety and this consent supersedes any and all civil and or statute law for filing or leaning RESPONDENTS for damages against Eric in RESPONDENTS' private, civil and or public capacity.
- Of this presentment take due Notice and heed and govern yourself accordingly.  This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

**CONCLUSION**

**Sufficient Lawful notification** has been provided to Sheriff Don McDermott**, and** all TRUST RESPONDENTS stating that RESPONDENTS must rebut this statements, charges and averments made in this **AFFIDAVIT**. Pursuant to that Notice, if RESPONDENTS disagree with anything stated in this **AFFIDAVIT**, they must rebut point by point with an affidavit given under Pain and Penalty of Perjury, within (10) ten business  days of receipt thereof. Any other reply not conforming to Section II

of this **AFFIDAVIT**, regardless to subject matter is to be considered false and a nonreply to this **AFFIDAVIT**. An unrebutted affidavit stands as truth and fact before any court.

1. Eric's constitutionally protected rights have been severely infringed because RESPONDENTS have willfully, knowingly, worked in concert, in a pattern and practice to unlawfully prevent Eric from pursuing Eric's constitutionally protected right to provide for himself. These rights have been severely curtailed because RESPONDENTS have unlawfully imposed unconstitutional mandates whereupon RESPONDENTS have jointly agreed to infringe Eric's rights by fraud to the detriment of Eric. RESPONDENTS have violated Eric's rights

2. **The Definitions, meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined only by Eric** or his representative, acting by Right of original common law jurisdiction. Any definitions or explanations must be requested in writing and will be answered in a timely manner. Requests for definitions shall not delay or extend the time given to respond to this **AFFIDAVIT**.

3. **Crimes agreed committed by RESPONDENTS** against Eric are: BURGLARY, THEFT, VANDALISM, DISCRIMINATION, DEPRIVATION OF RIGHTS, FRAUD, RACKETEERING (RICO), ACTING UNDER COLOR OF ANY LAW, HARASSMENT, PEJURY, INTIMIDATION, DOMESTIC TERRORISM, CRIMINAL CONSPIRACY, FALSE REPORT, BAD FAITH CLAIMS, PUBLIC EMBARASSMENT, HUMILIATION, COERCION, HUMAN RIGHTS VIOLATION, CIVIL RIGHTS VIOLATION, FALSE REPORTING, DEFAMATION OF CHARACTER, LIBEL, and SLANDER.
   All Rights Reserved,
   Affiant further sayeth naught.

Sworn Statement patterned per 28 U.S.C. 1746 (1):
   "I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on <u>December 16, 2021</u>.

                                                    With All Rights Reserved,

                              (Signature): *Eric Freeze*
                                           Eric Freeze,
                                           Affiant/Declarant, in propria persona
                                           *UCC 1-308 without prejudice*
                              *December 16, 2021*        Date

Common Law AFFIDAVIT/DECLARATION OF TRUTH
Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

of this **AFFIDAVIT**, regardless to subject matter is to be considered false and a nonreply to this **AFFIDAVIT**. An unrebutted affidavit stands as truth and fact before any court.

1. Eric's constitutionally protected rights have been severely infringed because RESPONDENTS have willfully, knowingly, worked in concert, in a pattern and practice to unlawfully prevent Eric from pursuing Eric's constitutionally protected right to provide for himself. These rights have been severely curtailed because RESPONDENTS have unlawfully imposed unconstitutional mandates whereupon RESPONDENTS have jointly agreed to infringe Eric's rights by fraud to the detriment of Eric. RESPONDENTS have violated Eric's rights

2. **The Definitions, meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined only by Eric** or his representative, acting by Right of original common law jurisdiction. Any definitions or explanations must be requested in writing and will be answered in a timely manner. Requests for definitions shall not delay or extend the time given to respond to this **AFFIDAVIT**.

3. **Crimes agreed committed by RESPONDENTS** against Eric are: BURGLARY, THEFT, VANDALISM, DISCRIMINATION, DEPRIVATION OF RIGHTS, FRAUD, RACKETEERING (RICO), ACTING UNDER COLOR OF ANY LAW, HARASSMENT, PEJURY, INTIMIDATION, DOMESTIC TERRORISM, CRIMINAL CONSPIRACY, FALSE REPORT, BAD FAITH CLAIMS, PUBLIC EMBARASSMENT, HUMILIATION, COERCION, HUMAN RIGHTS VIOLATION, CIVIL RIGHTS VIOLATION, FALSE REPORTING, DEFAMATION OF CHARACTER, LIBEL, and SLANDER.
   All Rights Reserved,
   Affiant further sayeth naught.

Sworn Statement patterned per 28 U.S.C. 1746 (1):
   "I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on <u>December 16, 2021</u>.
                                                    With All Rights Reserved,

(Signature): _Eric Freeze_

                                                    Eric Freeze,
                                                    Affiant/Declarant, in propria persona
                                                    UCC 1-308 *without prejudice*
_December 16, 2021_            Date

5                                           Common Law AFFIDAVIT/DECLARATION OF TRUTH
                                                    Notice of Constitutional Violations,
                                              Notice to Cure, Notice to Cease and Desist

# EXHIBIT 1 D

Acuna Affidavit

7-29-22

# EXHIBIT1D

1D

22-2-20185-29
PTORAH          4
Petition for Order of Protection Unlawful Harass
12802713

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA

2022 JUL 29  AM 10: 52

## Superior Court of Washington, County of Skagit

| | |
|---|---|
| Jose T. Acuna 08/12/1976 | Case No. 22-2-20185-29 |
| Petitioner *(Person starting this case)*        DOB | **Petition for Protection Order** |
| vs. | Clerk's Action: 1 |
| Eric S. Freeze  01/29/1987 | |
| Respondent *(Person responding to this case)*   DOB | |

---

### Petition for Protection Order

**What kind protection order do you want?** There are different orders based on the type of harm and how the parties know each other. See definitions in Attachments A and B.



1.    **Choose the type of protection order that best fits your situation.** *Check only one.*

[ ] Domestic Violence –      Protection from an intimate partner or family or household member who has committed domestic violence, nonconsensual sexual conduct or penetration, unlawful harassment, or stalking. (PTORPRT)

[ ] Sexual Assault –       Protection from someone who has committed sexual assault. (PTORSXP)

[ ] Stalking –       Protection from someone who has committed stalking. (PTORSTK)

[ ] Vulnerable Adult –      Protection from someone who has abandoned, abused, financially exploited, or neglected a vulnerable adult (or threatened to do so). (PTORVA)

> **Important!** *If you are asking for a Vulnerable Adult Protection Order, you must complete **Attachment B: Vulnerable Adult** as part of this Petition.*

[x] Anti-Harassment –       Protection from someone who has committed unlawful harassment. (PTORAH) *(fee required)*
The conduct also includes *(if applicable)*: [ ] stalking  [ ] hate crime
[x] single act/threat of violence including malicious and intentional threat

RCW 7.105.100
(07/2022)
PO 001

Petition for Protection Order
**p. 1 of 11**

or presence of firearm/weapon causing substantial emotional distress
[ ] family or household member engaged in domestic violence
[ ] nonconsensual sexual conduct or penetration or a sex offense

2.    **If more than one of the protection order types listed above fits your situation, list any additional order types here:**_____

> **Who are the people involved?** These are the "parties" to the case.

3.    **Who should the order restrain? ("Restrained Person")**

Name:___Eric Freeze_____

Restrained Person's age: [ ] Under 13  [ ] 13 to 17  [ ] 18 or over  [ x ] unknown

4.    **Who should the order protect? ("Protected Person")** (Check all that apply.)

[ ] **Me.** My name is ___Jose T. Acuna_____
(You must be age 15 or older.)

[x] **Minor Children.**

[ ] I am the minor's [x] parent  [X] legal guardian  [ ] custodian.

[ ] I am age 18 or older and the minor is a member of my family or household.
(For domestic violence petitions only.)

[ ] I am age 15 to 17. The minor is a member of my family or household. I have been chosen by the minor and am capable of pursuing their stated interest in this case.

| Child's Name | Age | Sex | Lives With | How related to you | How related to Restrained Person |
|---|---|---|---|---|---|
| Devante Acuna | 17 | male | mom & dad | son | no relation |
| Damacio Acuna | 11 | male | mom & dad | son | no relation |
| Fabian Acuna | 10 | male | mom & daad | son | no relation |

*Important!* If the restrained person is a parent of any of the children, complete **Attachment C: Child Custody.**
If you are *not* a parent of any of the children, complete **Attachment D: Non-parents protecting children (ICWA).**
You must include these Attachment/s with your Petition if they apply.

[x] **Someone else.** (List your name as Petitioner at the beginning of this form. Describe who you are filing for here.) I am filing to protect:

[x] a vulnerable adult (name) ___Sebastian Acuna  son___    21 severe autism, non-verbal,
(See definition and complete Attachment B.)    We are his legal guardians

[x] an adult (name) ___Shelley Acuna    wife_____
who does not meet the definition of a vulnerable adult, but who cannot file the petition themselves because of age, disability, health, or inaccessibility
(Do not check this for vulnerable adult or domestic violence petitions.).

What is the age, disability, health or inaccessibility concern that makes the adult unable to file themselves? (Examples: the adult is hospitalized, temporarily incapacitated, or in jail/prison.)

RCW 7.105.100                    Petition for Protection Order
(07/2022)                              p. 2 of 11
PO 001

_____

_____

5.     **Service address.** What is your address for receiving legal documents?  You have the
       right to keep your residential address private. You may use a different mailing address.
       Mail:_____P.O. BOX 127 Sedro Woolley, WA 98284_____

       Email (if you agree to be served by email):___acunashell@gmail.com_____

6.     **Interpreter**

       Do you need an interpreter? [x] No  [ ] Yes, Language:_____

       *Important! You may need to request an interpreter separately. You will get instructions with an order setting your hearing.*

| **How do the parties know each other?** |
| --- |

7.     Check all the ways the protected person is connected or related to the restrained person:

       **Intimate Partners –** Protected person and restrained person are intimate partners
       because they are:

           [ ] current or former spouses or domestic partners

           [ ] parents of a child-in-common (unless child was conceived through sexual assault)

           [ ] current or former dating relationship (age 13 or older) who
                   [ ] never lived together              [ ] live or have lived together

       **Family or household members -** Protected person and restrained person are family or
       household members because they are:

           [ ] parent and child                          [ ] stepparent and stepchild

           [ ] parent's intimate partner and child       [ ] grandparent and grandchild

           [ ] current or former cohabitants as roommates

           [ ] person who is or has been a legal guardian

           [ ] related by blood or marriage (specify how) _____

       **Other** (examples: coworker, neighbor, acquaintance, stranger)
           Land Lords grandson

| **Connection to Washington State.** This helps decide if the court has authority (jurisdiction). |
| --- |

8.     **Why are you filing in this county and state?** Check all that apply.

           [x] The protected person lives in this county now, **or** used to live in this county but left
               because of abuse.

           [x] An incident that made me want this protection order happened in this county or state.

9.     **Restrained Person's residence.** Where does the restrained person live?

           [x] In Washington State in (city or county):__Skagit county__

           [ ] Outside of Washington State              [ ] Unknown

| Are there other court cases involving the parties or any children? |
| --- |

10.   **Other court cases.** Have there been any other court cases between any of the people involved in this case or about any children? Include court cases happening now and in the past and requests for protection that were denied or have expired. *(Examples: criminal no contact order, civil protection order, family law restraining order, protection order from another state, tribal order, military orders, parenting plans, divorce, landlord-tenant, employment, property, assault, police investigations. File copies in this court case of everything you want the court to review.)*

[ ] No  [ ] Yes. If yes, fill out below.

| Type of Case (see examples) | Court Location (City or County and State) | Court Type (Superior / District / Municipal / Tribal / Military) | Case Number (if known) | Status (active / dismissed / pending / expired, unknown) |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Other details: I contacted Deputy J. Brennon on the 23rd of June 2022 – incident # 22-08456

| What protections do you need? Check everything you want the court to order. |
| --- |

11.   **I ask for a protection order with these restraints:**

**General Restraints**

A.  [x]  **No Harm:** Do not cause any physical harm, bodily injury, assault, nonconsensual sexual conduct or nonconsensual sexual penetration, and do not harass, threaten, or stalk [ ] protected person  [ ] the minors named in section 4 above
[ ] these minors only:_____

B.  [x]  **No Contact:** Do not make any attempts or have any contact, including nonphysical contact, directly, indirectly, or through third parties, regardless of whether those third parties know of the order, except for service of court documents with
[x] protected person  [x] the minors named in section 4 above
[ ] these minors only:_____
[ ] **Exception** (if any): Only this type of contact is allowed:_____

C.  [ ]  **Exclude and Stay Away:** Do not enter, return to, knowingly come within, or knowingly remain within 1,000 feet or other distance *(specify)* _____
of
[x] the protected person                    [x] protected person's vehicle
[ ] protected person's school               [x] protected person's workplace
[x] protected person's residence            [ ] protected person's adult day program
[ ] the shared residence
[ ] the residence, daycare, or school of  [x] the minors named in section 4 above
[ ] these minors only:_____

[x] other:_____

**Address:** The protected person chooses to (*check one*)
    [X] keep their address confidential  [ ] list their address here:

_____

**D.** [ ] **Vacate shared residence:** The protected person has exclusive right to the residence that the protected person and restrained person share. The restrained person must immediately vacate the residence. The restrained person may take the restrained person's clothing, personal items needed during the duration of the order, and these items (*specify*):_____
from the residence while a law enforcement officer is present.

**E.** [ ] **Stalking Behavior:** Do not harass, follow, monitor, keep under physical or electronic surveillance, cyber harass (as defined in RCW 9A.90.XXX), or use phone, video, audio or other electronic means to record, photograph, or track locations or communication, including digital, wire, or electronic communication of
    [ ] the protected person  [ ] the minors named in section 5 above
    [ ] these minors only:_____
    [ ] these members of the protected person's household :_____

**F.** [ ] **Intimate Images:** Do not possess or distribute intimate images of a protected person, as defined in RCW 9A.86.010. The restrained person must take down and delete all intimate images and recordings of a protected person in the restrained person's possession or control and cease any all disclosure of those intimate images.

**G.** [ ] **Electronic Monitoring:** The restrained person must submit to electronic monitoring. (*Restrained person must be age 18 or older.*)

**H.** [ ] **Evaluation:** The restrained person shall get an evaluation for:
    [ ] mental health        [ ] chemical dependency (drugs)

**I.** [ ] **Treatment:** The restrained person shall participate in state-certified treatment for:
    [ ] sex offender        [ ] domestic violence perpetrator

**J.** [ ] **Personal Belongings:** The protected person shall have possession of essential personal belongings, including the following:

_____

**K.** [ ] **Transfer of Assets:** Do not transfer jointly owned assets.

**L.** [ ] **Vehicle:** The protected person shall have use of the following vehicle:

    Year, Make & Model _____ License No._____

**M.** [ ] **Restrict Abusive Litigation:** Do not engage in abusive litigation as set forth in chapter 26.51 RCW or in frivolous filings against the protected person, making harassing or libelous communications about the protected person to third parties, or making false reports to investigative agencies.

**N.** [ ] **Pay Fees and Costs:** The restrained person must pay fees and costs of this action. This may include administrative court costs, service fees, and the protected person's costs including lawyer fees.

**Firearms and Other Dangerous Weapons**

O. [X] **Surrender Weapons:** The restrained person must immediately surrender to law enforcement and not access, possess, have in their custody or control, purchase, receive, or attempt to purchase or receive firearms, other dangerous weapons, or concealed pistol licenses.

*Important! The court may be required to order the restrained person to surrender firearms, other dangerous weapons, or concealed pistol licenses even if you do not request it.*

Does the restrained person have or own firearms?
[ ] Yes  [ ] No  [X] Unknown

Would the restrained person's use of firearms or other dangerous weapons be a serious and immediate threat to anyone's health or safety?
[x] Yes  [ ] No  [ ] Unknown

Even if the restrained person does not have firearms now, has the restrained person ever used firearms, other weapons or objects to threaten or harm you?
[X] Yes  [ ] No

If Yes, describe what happened.

Mid June 2022 - Eric Freeze used his dad's car to try and run me (Jose Acuna) over I have a witness

Several days later a mutual friend came to me (Jose Acuna) and told me to be careful because he

over herd Eric Freeze telling his friends that they are going to do something to me (Jose Acuna).

July 27, 2022 - Eric Freeze follow my 17-year-old son pulled off the road and parked and Eric Freeze pull off and watched for about a minute then he left.

Is the restrained person already not allowed to have firearms?
[ ] Yes  [ ] No  [x] Unknown

If Yes, why?

**Minors**

P. [ ] **Custody:** The protected person is granted temporary care, custody and control of
[ ] the minors named in section 4 above
[ ] these minors only:_____

*(Only for children the protected and restrained person have together.)*

Q. [ ] **Interference:** Do not interfere with the protected person's physical or legal custody of
[ ] the minors named in section 4 above
[ ] these minors only:_____

R. [ ] **Removal from State:** Do not remove from the state:
[ ] the minors named in section 4 above
[ ] these minors only:_____

S. [ ] **School Attendance:** Do not attend the elementary, middle, or high school *(school name)* _____, that a protected person attends.
*(Only if both the restrained person and a protected person are students at the same school. Can apply to students 18 or older. Includes public and private schools.)*

RCW 7.105.100
(07/2022)
PO 001

Petition for Protection Order
p. 6 of 11

Describe any continuing physical danger, emotional distress, or educational disruption to a protected person that would happen if the restrained person attends the same school.

_____

_____

_____

_____

## Pets

**T.** [ ]  **Custody:** The protected person shall have exclusive custody and control of the following pet/s owned, possessed, leased, kept, or held by the protected person, restrained person, or a minor child who lives with either the protected or restrained person. *(Specify name of pet and type of animal.):*

_____

**U.** [ ]  **Interference:** Do not interfere with the protected person's efforts to get the pet/s named above.

**V.** [ ]  **Stay Away:** Do not knowingly come within, or knowingly remain within *(distance)* _____
of the following locations where the pet/s are regularly found:
[ ] Protected person's residence *(home address may be kept confidential.)*
[ ] Other *(specify):*_____

## Vulnerable Adult

**W.** [ ]  **Safety:** Do not commit or threaten to commit acts of abandonment, neglect, financial exploitation, or abuse, including sexual abuse, mental abuse, physical abuse, personal exploitation, and improper use of restraints, against the vulnerable adult.

**X.** [ ]  **Accounting:** Provide an accounting of the disposition of the vulnerable adult's income or other resources.

**Y.** [ ]  **Property Transfer:** Do not transfer the property of [ ] the vulnerable adult [ ] the restrained person. This restraint can last for up to 90 days.

## Other

**Z.** _____

_____

_____

_____

**Do you need help from law enforcement?** They may help you get the things you asked for.

**12.**  **Law Enforcement Help:** Do you want the court to order the appropriate law enforcement agency to help you with any of the things listed below?
*Check all that apply.*

[ ] Possession of my residence.

[ ] Possession of the vehicle I asked for in section L above.
[ ] Possession of my essential personal belongings that are located at
    [ ] the shared residence
    [ ] the restrained person's residence
    [ ] other location _____
[ ] Custody of    [ ] the minors named in section 4 above
                [ ] these minors only _____

[ ] Other:_____

| How long do you need this order to last? |
| --- |

13.    **Length of Order**
    (*The order will last for **at least one year** unless you ask for something different. Orders restraining a parent from contacting their own children may not exceed one year.*)

    I need this order to last for: [ ] 1 year  [x] more than 1 year  [ ] less than 1 year (*specify how long*):_____

    If you checked more or less than one year, briefly explain why.

    ~~Due to Eric Freeze's aggression, intimidation, and because he has already tried to run~~
    me over I don't want to allow him an opportunity to potentially try to run me over again, or act
    ~~on what he told his friends about doing something to me. (Jose Acuna)~~
    ~~I just want to make sure my kids are okay.~~

| **Do you need immediate protection?** If needed, you can ask for a Temporary Protection Order that starts now, before the restrained person gets notice. This protection can last up to 14 days or until the court hearing (whichever comes first). |
| --- |

14.    **Immediate Protection:** Do you need a Temporary Protection Order to start immediately, without prior notice to the restrained person? [x] Yes  [ ] No

15.    **Immediate Weapons Surrender:** Do you want a temporary order that requires the restrained person give up all firearms, other dangerous weapons, and concealed pistol licenses right away, and prohibits the restrained person from getting more?
    [x] Yes  [ ] No

**If Yes to 14 or 15, explain why:** What serious immediate harm or irreparable injury could occur if an order is not issued immediately without prior notice to the restrained person?
(*Briefly explain how you or anyone else might be harmed if you do not get protection now.*)

~~Mid June 2022 - Eric Freeze has already tried to run me over with his dad's car there is a witness~~
Mid June 2022- a mutual friend told me to be really careful because he over herd Eric Freeze telling his friends that
~~they are going to do something to me (Jose Acuna)~~
Eric Freeze followed my son on July 27th2022 - to his location and pulling off the road when my 17-year-old
son did and he sat and watched my son for about a minute then left.

I feel that a protective order would be best for my family and myself. I was trying to keep the
~~peace but now he is following my son.~~ I DO NOT FEEL SAFE FOR MYSELF OR MY FAMILY.
I have put up cameras at my home and have decided its best if I limit my working at my mill at their moment
because of safety concerns. I worry about my employees being at our mill and Eric coming over to harass or worse.
I need to work but due to these circumstances I had to shut down for safety concerns

RCW 7.105.100                  Petition for Protection Order
(07/2022)                         p. 8 of 11
PO 001

**Why do you need a protection order? What happened?** This is your statement, where you tell your experience.

Be as specific and descriptive as possible. Put the date, names, what happened and where. Use names rather than pronouns (he/she/they) as much as possible. If you cannot remember the date, put the time of year it happened (around a holiday, winter, summer, how old your child was) or about how long ago.

For all of the questions below, include details:

- Who did what?
- When did this happen?
- How were any statements made? (in person, mail, text, phone, email, social media)
- How did this make you, the minor, or the vulnerable adult feel?

If you need more space to answer any of the questions below, use form PO 010 Statement or attach additional pages.

16. **Most Recent Incident.** What happened most recently that made you want a protection order? This could include violent acts, fear or threats of violence, coercive control, nonconsensual sexual conduct or penetration, sexual abuse, harassment, stalking, hate crimes. For a vulnerable adult, include incidents or threats of abandonment, abuse, neglect and/or financial exploitation. Include specific date/s and details of the incident.

~~Mid June 2022- Eric Freeze has already tried to run me over with his dad's car there is a witness~~
Mid June 2022- a mutual friend told me to be really careful because he over herd Eric Freeze telling his friends ~~that they are going to do something to me (Jose Acuna)~~
Eric Freeze followed my son on July 27th 2022 - to his location and pulling off the road when my 17-year-old son did and he sat and watched my son for about a minute then left.

Below is how all this started and harassment began

In early 2021 Acuna Cedar (Jose & Shelley Acuna) were informed that Mr. & Mrs. Freeze handed the responsibility ~~of the property we rented since 2013 to their daughter. The daughter presented us~~ with a contract that stated certain particulars. Due to Eric Freeze and all his broken-down cars, we have been paying rent on a building and property we do not have access to. Then realized that Eric Freeze was allowing ~~two women to live on the lower part of the property that we were paying rent on. The two~~ women were plugged into our electricity, so we have unknowingly been paying for their electricity. So, we communicated this to Eric Freeze's aunt.

17. **Past Incidents.** What happened in the past that makes you want a protection order? This could include violent acts, fear or threats of violence, coercive control,

Petition for Protection Order
p. 9 of 11

nonconsensual sexual conduct or penetration, sexual abuse, harassment, stalking, hate crimes. For a vulnerable adult, include incidents or threats of abandonment, abuse, neglect and/or financial exploitation. Include specific date/s and details of the incidents.

Early 2021 Mrs. Elizabeth Gallagher of whom is in charge of the Freeze revokable trust for her parents
We have rented the building and property from Mr. Ronald Freeze since 2013. In mid 2021 we
(Jose & Shelley Acuna) were given a rental contract to sign. Her brother Pete Freeze lived in the house
next to the mill which is owned by Mr. Ronald Freeze.
Due to Eric Freeze and all his broken vehicles and trash laying around we have very little space to conduct our
business and do not have access to the whole property that we pay rent on each month. He gets angry if we touch his stuff. With the contract we
realized that Eric Freeze had allowed two women and their trailer to squat on
the property that we pay rent on but do not have access to. Then we found out that we were paying
their and Eric Freezes electricity. This was unknown to the Mrs. Elizabeth Gallagher. she ejected the tow
squatters below and also ejected Eric Freeze from the property. He became angry and refused to leave the property.
This just made Eric Freeze more aggressive
In November of 2021 Pete Freeze was found deceased in home.
The next day Elizabeth Gallagher asked on behalf of the trust for Jose Acuna to change the locks in Pete Freezes
house to help secure it. With approval of the sheriff Jose Acuna quickly ran in and changed the locks. The keys were sent to Elizabeth in Maine.
Later that month Elizabeth Gallagher offered
to sell us the property. Elizabeth and Jose Acuna came to an agreement and were in the process of
completing the purchase and Eric Freeze got upset and filed paperwork to cloud the title.
Then Eric Freeze started harassing Jose Acuna & our business Acuna Cedar Products.
we received a paper in the mail in late December 2021, January 5,2022, and in January 28,2022. My wife
Shelley Acuna refused Eric Freezes letters and he sent it again with a return address of a local chiropractors office.
It makes it difficult to be at the property we rent for our work because Eric Freeze walks back and forth carrying
the papers that he sent us in the mail. He is showing more aggression towards Jose Acuna.
My wife made me put up cameras at our home for a piece if mind. the letters are untrue of that he is accusing
Jose Acuna of is untrue.
In May 2022, Eric Freeze received a letter from the court stating that Eric Freeze is to be off the property by
July 28,2022 he was more aggressive and flipped Jose Acuna off.
Couple days later he tried to run Jose Acuna over with Petes green Honda accord. Mid June 2022 - Eric Freeze has already tried to run me over
with his dad's car there is a witness
Mid June 2022 a mutual friend told me to be really careful because he over-herd Eric Freeze telling his friends that they are going to do something
to me (Jose Acuna)
Eric Freeze followed my son on July 27th 2022 - to his location and pulling off the road when my 17-year old
son did and he sat and watched my son for about a minute then left.

Due to Eric Freeze telling his friends they are going to do something to Jose Acuna and then He followed our 17 year old son
Is a cause for concern.

18. **Medical Treatment.** Describe any medical treatment you received for issues related to your request for protection.

19. **Suicidal Behavior.** Describe any threats of self-harm or suicide attempts by the restrained person.

20. **Restrained Person's Substance Abuse**

Is substance abuse involved?          [ ] Yes      [ ] No      [x] Unknown

RCW 7.105.100                    Petition for Protection Order
(07/2022)                        p. 10 of 11
PO 001

If yes, what type of substance abuse?     [ ] Alcohol     [ ] Drugs     [ ] Other
I honestly don't know but its suspected

**21.    Minors Needing Protection, if any** (If the information is not already included above.)

Has there been any violence or threats towards children? How have the children been affected by the restrained person's behavior? Were the children present during any of the incidents described above? Describe and give details.

My 17 year old was present and was followed by Eric Freeze

The 10 year and 11-year old are present with me but now I don't feel like its safe to take then to work with me.

**22.    Supporting Evidence** (If you have anything else you want the court to see that helps prove what you are saying is true.)

[ ] I am attaching the following evidence to this Petition (check all that apply):
    [ ] Pictures
    [ ] Text / email / social media messages
    [ ] Voice messages (written transcript)
    [x] Written notes / letters / mail
    [ ] Police report
    [ ] Declaration or statement from witness (name/s):_____

    [ ] Other (describe):_____

---

*Privacy Warning!* The restrained person will see this Petition and any other evidence you file with the court. This information is also available to the public for anyone to see.

Before you file any attachments, you can black out (redact) any sensitive information. Examples: your home address and account numbers (leave last four digits).

---

I certify under penalty of perjury under the laws of the state of Washington that all the information provided in this petition and any attachments is true and correct.
[ ] I have attached (number):____ pages.

Signed at (City and State): Skagit County, WA          Date: July 29, 2022

Sign here                                      Jose T Acuna
                                               Print name

# Exhibit 2A

# Affidavit Invoice

12-13-2021

## Common Law AFFIDAVIT/DECLARATION OF TRUTH
### Notice of Constitutional Violations,
### Notice to Cure, Notice to Cease and Desist

**Jointly and Severally to:**

Elizabeth Gallaghar, a sentient woman,
11 Depot Rd,
Stratham, NH [03885],

Bret Sachter, a sentient man,
5413 Meridian Ave. N., Ste. A,
Seattle WA, [98103]

Paul W. Taylor, a sentient man,
20388 Eric St.,
Mount Vernon, WA, [98274]

FREEZE REVOCABLE TRUST
hereinafter, 'TRUST,' 11 Depot Rd,
Stratham, NH [03885],

Hereinafter, RESPONDENTS.

Via Registered RF 428114264US and or Certified, return Receipt USPS Mail,
70202450000226906672, 70202450000226906832, 70202450000226906849,

I, Eric Freeze, a sentient man (non-legal fiction entity/person), hereinafter, Eric, possessing God-given unalienable Rights makes this 'Common Law AFFIDAVIT/DECLARATION OF TRUTH Notice of Constitutional Violations, and Notice to Cure, Notice to Cease and Desist', hereinafter, Affidavit, declares under pain and penalty of perjury under the laws of the organic United States of America and of the organic State of Washington [not to be confused with any legal fiction/corporate/governmental entities] that I am of legal age and sound mind and hereby attests that the statements, averments and information contained in this Affidavit/Declaration are true and correct. Eric was born on Property outlined in Exhibit A, hereinafter, Property. Eric has had a valid contract with TRUST since 2008.

This Affidavit AND Notice of 10 Day Good Faith Settlement Offer to CURE for Infringement of Constitutionally secured Rights and Denial of Life, Liberty and the pursuit of Happiness in Common Law protected by the US and Washington state Constitutions is directed Jointly and Severally to 'FREEZE REVOCABLE TRUST', Elizabeth Gallaghar, Bret Sachter, and Paul W. Taylor, hereinafter, RESPONDENTS, by virtue of the Constitutionally secured Right to Redress of Grievance in original Organic Common Law Jurisdiction as is the Right of all beneficiaries of the Organic Laws of the United States of America.

I.   This Affidavit/Declaration of Truth shall be considered sufficient lawful notice to the parties, ALL RESPONDENTS, herein named. Said affidavit is

hereby made pursuant to Original Jurisdiction Organic Law and the United States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The Washington State Constitution, in particular Article 1, Sections 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 27, 29, 30, 32 and 35. Article 9 section 1 - Education Preamble, Article 9 section 4 - Sectarian control of influence prohibited.

II.

RESPONDENTS sworn response given under pain and penalty of perjury specific to each and every point of the subject matter stated herein must be received within (10) ten days after RESPONDENTS' receipt of Eric's AFFIDAVIT. Any other reply not conforming to this Section II, regardless to subject matter is to be considered false and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this AFFIDAVIT, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Eric as fact.

1. In regards to all actions to remove Eric from Property, undertaken by RESPONDENTS, Eric denies the RESPONDENTS' statement that Eric was allowed due process, or was allowed a lawful timely manner to respond.

2. Eric states that every correspondence from RESPONDENTS was answered in a lawful timely manner.

3. Eric rebuts and disagrees with every claim RESPONDENTS has made against him as false statements. The RESPONDENTS have declared False Claims.

4. RESPONDENTS agree that Eric has responded to every correspondence in a lawful timely manner.

5. Due to the RESPONDENTS' illegal actions Eric intends to lien the Property in question for $740,876.00 for Eric's, claims, interest and work performed. TRUST and or RESPONDENTS have violated contract with Eric.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or

Common Law AFFIDAVIT/DECLARATION OF TRUTH
Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both.

As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this affidavit, will be immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

## Lawful Notice

**Sufficient Lawful notification** has been provided to Sheriff Don McDermott and RESPONDENTS, stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. RESPONDENTS shall Cease and Desist all unlawful actions against Eric. If RESPONDENTS fail to respond as per Section II of AFFIDAVIT, then, RESPONDENTS tacitly agree with all AFFIDAVIT statements and admit to them. Pursuant to this lawful notification, if you disagree with anything stated under oath in this AFFIDAVIT, then rebut to Eric that with which you disagree, with particularity, within (10) ten business days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the United States of America and this state of Washington. An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this **AFFIDAVIT** is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

## OFFER TO CURE

Eric makes a one-time, reduced Offer to Cure. If this reduced offer is not accepted, RESPONDENTS agrees the full damage is due and payable to Eric. Settlement amount does not reflect total damages to Eric.

Therefore, Eric submits this invoice for infringement violations, fees, denigration, and expenses to RESPONDENTS, for payment, at time and place designated by Eric.

**Offer #1.** Because of these numerous, various and sundry infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice to cure as a one-time good faith settlement for said RESPONDENTS' illegal acts on his behalf for $740,876.33 USD (U.S. dollars, real money) (Seven hundred forty thousand eight hundred seventy-six dollars and thirty-three cents) USD (U.S. real money dollars) for payment to Contract Collection Trust at time and place designated by Eric. This one-time good faith settlement offer is only valid for 10 days from receipt of this invoice of this AFFIDAVIT.

It is agreed that receipt of payment for this Offer #1, hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damages suffered by Eric. Settlement amount reflects damages to Eric.
This one-time, 10-day, good faith settlement offer is only valid for the next 10 days from receipt of this AFFIDAVIT.

**Offer #2:** RESPONDENT agrees to pay the full amount of damages to Eric within 20 days of receipt of this AFFIDAVIT, with interest calculated at rate of 3.5 % (three and 1/2 percent) compounded per annum, prorated monthly.

## CORRESPONDENCE
In the event RESPONDENTS elect to settle with payment,
Make Cashiers check payable to: Contract Collection Trust
Place of payment: P. O. Box 119, Burlington, WA 98233
Time of payment: Within 10 days of receipt of this AFFIDAVIT.

Should this offer be rejected, BY RESPONDENTS:

- RESPONDENTs  agrees to any form of encumbrance, lien, garnishment, auction or action of all RESPONDENT'S property, and assets, required to satisfy Offer to Cure until the sum total and interest is collected by Eric.
- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety and this consent supersedes any and all civil and or statute law for filing or leaning RESPONDENTS for damages against Eric in RESPONDENTS' private, civil and or public capacity.
- Of this presentment take due Notice and heed and govern yourself accordingly.  This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

4

Common Law AFFIDAVIT/DECLARATION OF TRUTH
Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

,

## CONCLUSION

**Sufficient Lawful notification** has been provided to Sheriff Don all TRUST RESPONDENTS stating that RESPONDENTS must rebut the statements, charges and averments made in this **AFFIDAVIT**. Pursuant to that Notice, if RESPONDENTS disagree with anything stated in this **AFFIDAVIT**, they must rebut point by point with an affidavit given under Pain and Penalty of Perjury, within (10) ten business days of receipt thereof. Any other reply not conforming to Section III of this **AFFIDAVIT**, regardless to subject matter is to be considered false and a nonreply. An unrebutted affidavit stands as truth and fact before any court.

1. Freeze's constitutionally protected rights have been severely infringed because RESPONDENTS have willfully, knowingly, worked in concert, in a pattern and practice to unlawfully prevent Freeze from pursuing Freeze's constitutionally protected right to provide for himself. These rights have been severely curtailed because RESPONDENTS have unlawfully imposed unconstitutional mandates whereupon RESPONDENTS have jointly agreed to infringe Freeze's rights by fraud to the detriment of Freeze. RESPONDENTS have violated Freeze's rights

2. **The Definitions, meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined only by Freeze** or his representative, acting by Right of original common law jurisdiction. Any definitions or explanations must be requested in writing and will be answered in a timely manner. Requests for definitions shall not delay or extend the time given to respond to this **AFFIDAVIT**. Affiant further sayeth naught. All Rights Reserved,

Sworn Statement patterned per 28 U.S.C. 1746 (1):

"I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on _Dec. 13, 2021_.

With All Rights Reserved,

(Signature): _Eric Freeze,_

Eric Freeze,
Affiant/Declarant, in propria persona
*UCC 1-308 without prejudice*

_Dec. 13, 2021_
Date

5

# Exhibit 2B

## Affidavit Invoice

01-05-2022

# Common Law AFFIDAVIT/DECLARATION OF TRUTH
## Notice of Constitutional Violations,
## Notice to Cure, Notice to Cease and Desist

Jointly and Severally to:

Elizabeth Gallaghar, a sentient woman,
11 Depot Rd,
Stratham, NH [03885],

Bret Sachter, a sentient man,
5413 Meridian Ave. N., Ste. A,
Seattle WA, [98103]

Paul W. Taylor, a sentient man,
20388 Eric St.,
Mount Vernon, WA, [98274]

FREEZE REVOCABLE TRUST, a legal
fiction entity, hereinafter, TRUST,'
11 Depot Rd,
Stratham, NH [03885],

Jose Acuna, a sentient man,
7906 Renic Dr.
Sedro Woolley WA [98284]

**Don McDermott** (non-legal fiction person)
600 S 3rd St #100,
Mt Vernon, WA [98273]

Hereinafter, RESPONDENTS.

Via Registered, Certified, return Receipt, or USPS Mail, 70203160000172332027, 70203160000025999704, **70203160000025999698**, 70203160000172332041, 70202450000226906689, 70202450000226906696,

TO: Rich Weyrich
Courthouse Annex
605 S. Third
Mount Vernon, WA [98273]
Via Certified Mail 70203160000172332034

I, Eric Freeze, a sentient man (non-legal fiction entity/person), hereinafter, Eric, possessing God-given unalienable Rights makes this 'Common Law AFFIDAVIT/DECLARATION OF TRUTH Notice of Constitutional Violations, and Notice to Cure, Notice to Cease and Desist', hereinafter, AFFIDAVIT, declares under pain and penalty of perjury under the laws of the organic united States of America and of the organic State of Washington [not to be confused with any legal fiction/corporate/governmental entities] that I am of legal age and sound mind and hereby attests that the statements, averments and information contained in this AFFIDAVIT are true and correct. Eric was born on Property outlined in Exhibit A, hereinafter, Property. Eric has had a valid contract with TRUST since 2008.

This AFFIDAVIT for Infringement of Constitutionally secured Rights and Denial of Life, Liberty and the pursuit of Happiness in Common Law protected by the united States and Washington State Constitutions is directed Jointly and Severally to 'FREEZE REVOCABLE TRUST', Elizabeth Gallaghar, Bret Sachter, Paul W. Taylor, Jose Acuna, and Don

1

McDermott, hereinafter, RESPONDENTS, by virtue of the Constitutionally secured Right to Redress of Grievance in original Organic Common Law Jurisdiction as is the Right of all beneficiaries of the Organic Laws of the united States of America.

I.     This AFFIDAVIT shall be considered sufficient lawful notice to the parties, ALL RESPONDENTS, herein named. Said AFFIDAVIT is hereby made pursuant to Original Jurisdiction Organic Law and the united States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The Washington State Constitution, in particular Article 1, Sections 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 27, 29, 30, 32 and 35. Article 9 section 1 - Education Preamble, Article 9 section 4 - Sectarian control or influence prohibited.

II.

RESPONDENTS sworn response given under pain and penalty of perjury specific to each and every point of the subject matter stated herein must be received within (10) ten days after RESPONDENTS' receipt of Eric's AFFIDAVIT. Any other reply not conforming to this Section II, regardless to subject matter is to be considered false and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this AFFIDAVIT, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Eric as fact.

1. **All RESPONDENTS are in default of December 13 and or 14, 2021** Common Law AFFIDAVIT/DECLARATION OF TRUTH, and agree that RESPONDENTS failed to answer, respond or comply with section II. Of Affidavit.

2. All RESPONDENTS agreed by tacit consent that the Common Law AFFIDAVIT/ DECLARATION OF TRUTH received by RESPONDENTS on or after December14th, 2021 was truthful and correct.

3. On or about November 29th, 1986, Ronald L. Freeze and Ann G. Freeze appointed Peter G. Freeze of Concrete Washington as their true and lawful attorney and granted Peter G. Freeze GENERAL POWER OF ATTORNEY in relation to the property located at 4602 and 4606 Moen Rd, Concrete Washington hereinafter, Property.

4. On or before November 2021, Peter G. Freeze bequeathed said Property to Eric Freeze.

5. All previous affidavits are included as part of the whole of this document.

2

6. On or after December 16, 2021, acting Sheriff Don McDermott was in dereliction of his duty and violated his oath of Office becoming complicit by working in concert with RESPONDENTS as crimes continued and for failing to investigate, act upon or report Federal crimes to a superior authority or report said crimes to a Superior Court Judge.

7. In regard to all actions to remove Eric from Property, undertaken by RESPONDENTS, Eric denies the RESPONDENTS' statement that Eric was allowed due process, or was allowed a lawful timely manner to respond.

8. Eric states that every correspondence from RESPONDENTS was answered in a lawful timely manner.

9. Eric rebuts and disagrees with every claim RESPONDENTS has made against him as false statements. The RESPONDENTS have declared False Claims.

10. RESPONDENTS agree that Eric has responded to every correspondence in a lawful timely manner.

11. Due to the RESPONDENTS' unlawful actions Eric intends to lien the Property in question for $740,876.00 for Eric's, claims, interest and work performed. TRUST and or RESPONDENTS have violated contract with Eric.


Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the united States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both.

As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this AFFIDAVIT, will immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

## LAWFUL NOTICE

Common Law AFFIDAVIT/DECLARATION OF TRUTH
2nd Notice of Constitutional Violations.
Notice to Cure, Notice to Cease and Desist

**Sufficient Lawful notification** has been provided to Skagit County Prosecutor, Rich Weyrich and RESPONDENTS, stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. RESPONDENTS shall Cease and Desist all unlawful actions against Eric. If RESPONDENTS fail to respond as per Section II of AFFIDAVIT, then, RESPONDENTS tacitly agree with all AFFIDAVIT statements and admit to them. Pursuant to this lawful notification, if you disagree with anything stated under oath in this AFFIDAVIT, then rebut to Eric that with which you disagree, with particularity, within (10) ten days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the united States of America and this state of Washington. An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this AFFIDAVIT is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

## OFFER TO CURE

RESPONDENTS rejected Eric's 1st good faith offer to cure and agreed by tacit assent to pay the **FULL DAMAGES** due and payable to Eric. Eric makes a second Offer to Cure.

Therefore, Eric submits this invoice for, but not limited to; ACTING UNDER COLOR OF LAW, failure to Cease and Desist unlawful actions, violation of Eric's 4th Amendment Rights, RICO, TRESPASS, FRAUD, DOMESTIC TERRORISM, CRIMINAL CONSPIRACY, HARASSMENT, PERJURY, INTIMIDATION, SLANDER, fees, and expenses to Eric. RESPONDENTS agree to make full payment, at time and place designated by Eric.

**Offer #2.** Because of these numerous, various and sundry unlawful actions, infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice to cure as a second good faith settlement for said RESPONDENTS' unlawful acts upon Eric Freeze for $2,222,628.99 in functional currency of the United States) (Two million two hundred twenty-two thousand six hundred twenty eight dollars and ninety nine cents) USD (U.S. real money dollars) for payment to Contract Collection Trust hereinafter, CCT, at time and place designated by Eric.

It is agreed that receipt of payment for this Offer #2, hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damages suffered by Eric. Settlement amount reflects damages to Eric. This second, good faith settlement offer is only valid for the next 20 days from receipt of this AFFIDAVIT. RESPONDENTS shall pay in full or notify CCT via Affidavit of intent to exercise Offer to Cure, Option

4

#2 within ten (10) days of receipt of **AFFIDAVIT**. **O**ffer voids without notice of intent or full payment.

RESPONDENTS agreed by tacit assent and default of December Common Law AFFIDAVIT/DECLARATION OF TRUTH to pay the full amount of damages to Eric within 20 days of receipt of this AFFIDAVIT, with interest calculated at rate of 3.5 % (three and 1/2 percent) compounded per annum, prorated monthly starting December 13, 2021.

## CORRESPONDENCE

Should RESPONDENTS elect to settle with payment of functional currency of the United States, Make Cashiers check payable to: Contract Collection Trust
Place of payment: P. O. Box 119, Burlington, WA 98233
Time of payment: Within 20 days of receipt of this AFFIDAVIT.

### Should this offer be rejected, BY RESPONDENTS:

- RESPONDENTs agree to any form of encumbrance, lien, garnishment, auction or action on and of all RESPONDENT'S bonds, property, and assets, required to satisfy Offer to Cure until the sum total and interest is collected by Eric from each RESPONDENT.
- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety and this consent supersedes any and all civil and or statute law for filing or leaning RESPONDENTS for damages against Eric in RESPONDENTS' private, civil and or public capacity.
- Of this presentment take due Notice and heed and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

## CONCLUSION

**Sufficient Lawful notification** has been provided to Skagit County Prosecutor, Rich Weyrich and all RESPONDENTS stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. Pursuant to this Notice, if RESPONDENTS disagree with anything stated in this AFFIDAVIT, they must rebut point by point with an affidavit given under Pain and Penalty of Perjury, within (10) ten days of receipt thereof. Any other reply not conforming to Section II of this AFFIDAVIT, regardless to subject matter is to be considered false and a nonreply to this AFFIDAVIT. An unrebutted affidavit stands as truth and fact before any court. Eric's constitutionally protected rights have been severely infringed because RESPONDENTS have willfully, knowingly, worked in concert, in a pattern

Common Law AFFIDAVIT/DECLARATION OF TRUTH
2nd Notice of Constitutional Violations.
Notice to Cure, Notice to Cease and Desist

and practice to unlawfully prevent Eric from pursuing Eric's constitutionally protected right to provide for himself. These rights have been severely curtailed because RESPONDENTS have unlawfully imposed unconstitutional demands whereupon RESPONDENTS have jointly agreed to infringe Eric's rights by fraud to the detriment of Eric. RESPONDENTS have violated Eric e's rights

2. **The Definitions, meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined** only by Eric or his representative, acting by Right of original common law jurisdiction. Any definitions or explanations must be requested in writing and will be answered in a timely manner. Requests for definitions shall not delay or extend the time given to respond to this **AFFIDAVIT**. Affiant further sayeth naught. All Rights Reserved,

Sworn Statement patterned per 28 U.S.C. 1746 (1):

"I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on January 05, 2022.

With All Rights Reserved,

(Signature): _Eric Freeze_

Eric Freeze,
Affiant/Declarant, in propria persona

*UCC 1-308 without prejudice*

January 5, 2022
/Date

Common Law AFFIDAVIT/DECLARATION OF TRUTH
Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

# Exhibit 2C

# Affidavit Invoice

01- 28 - 2022

# Common Law AFFIDAVIT/DECLARATION OF TRUTH
## 3rd Notice of Constitutional Violations,
## Notice to Cure, Notice to Cease and Desist

**Jointly and Severally to:**

Elizabeth Gallaghar, non-legal fiction person
11 Depot Rd,
Stratham, NH [03885],
70203160000172332959
Bret Sachter, non-legal fiction person
5413 Meridian Ave. N., Ste. A,
Seattle WA, [98103]
70203160000172332898
Paul W. Taylor, non-legal fiction person
20388 Eric St.,
Mount Vernon, WA, [98274]
70203160000172332904
FREEZE REVOCABLE TRUST, a legal
fiction entity, hereinafter, 'TRUST,'
11 Depot Rd,
Stratham, NH [03885],
70203160000172332911
Jose Acuna, non-legal fiction person

7906 Renic Dr.
Sedro Woolley WA [98284]
70203160000172332928
ACUNA CEDAR PRODUCTS, INC.
(non-legal fiction person)
7906 Renic Dr,
Sedro Woolley, WA 98284
70203160000172333635
Don McDermott, non-legal fiction person
600 S 3rd St #100,
Mt Vernon, WA [98273]
70203160000172332010
Rich Weyrich, non-legal fiction person
Courthouse Annex
605 S. Third
Mount Vernon, WA [98273]
70203160000172332935

Hereinafter, RESPONDENTS.

Sent Via Certified Returned Receipt and USPS 1st Class Mail

I, Eric Freeze, a lawful man on the land, a sentient man (non-legal fiction entity/person), hereinafter, Eric, possessing God-given unalienable Rights makes this 'Common Law AFFIDAVIT/DECLARATION OF TRUTH Notice of Constitutional Violations, and Notice to Cure, Notice to Cease and Desist', hereinafter, AFFIDAVIT, declares under pain and penalty of perjury under the laws of the organic united States of America and of the organic State of Washington [not to be confused with any legal fiction/corporate/governmental entities] that I am of legal age and sound mind and hereby attests that the statements, averments and information contained in this AFFIDAVIT are true and correct. Eric was born on Property outlined in Exhibit A, hereinafter, Property. Eric has had a valid contract with TRUST since 2008.

I.   This Affidavit/Declaration of Truth shall be considered sufficient lawful notice to the parties herein named. Said affidavit is hereby made pursuant to Original Jurisdiction Organic Law and the United States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The

Washington State Constitution, in particular Article 1, Sections 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 27, 29, 30, 32 and 35. Article 9 section 1 - Education Preamble, Article 9 section 4 - Sectarian control of influence prohibited.

II.      RESPONDENTS sworn response given under pain and penalty of perjury specific to each and every point of the subject matter stated herein must be received within (10) ten days after RESPONDENTS receipt of Ewing's affidavit. Any other reply not conforming to Section II, regardless to subject matter is to be considered false and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this Affidavit/Declaration, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Ewing as fact.

III.      This AFFIDAVIT for Infringement of Constitutionally secured Rights and Denial of Life, Liberty and the pursuit of Happiness in Common Law protected by the united States and Washington State Constitutions is directed to:

'FREEZE REVOCABLE TRUST', Elizabeth Gallaghar, Bret Sachter, Paul W. Taylor, Jose Acuna, ACUNA CEDAR PRODUCTS, INC., Don McDermott, and Rich Weyrich.

IV. NOTICE to all DEBTORS and or RESPONDENTS:
The following AFFIDAVIT and NOTICE OF DEFAULT is not intended to injure, defraud, coerce, threaten, to intimidate or to deceive, any insurer, one or all the Debtors into compliance. Please answer to the Allegations according to your standing and to your truth under the "Flag of Peace".

V. NOTICE to all DEBTORS and or RESPONDENTS:
RESPONDENTS agree by virtue of tacit assent that RESPONDENTS have committed the following crimes that have infringed on Eric's God-given rights: DISCRIMINATION, DEPRIVATION OF RIGHTS, RACKETEERING (RICO), ACTING UNDER COLOR OF ANY LAW, DERILICTION of DUTY, VIOLATION OF OATH of OFFICE, MASQUERADING AS PUBLIC OFFICIALS, HARASSMENT, PERJURY, INTIMIDATION, DOMESTIC TERRORISM, SUBORNATION OF PERJURY, COERCION, HUMAN RIGHTS VIOLATION, FRAUD AND FALSE STATEMENTS, CIVIL RIGHTS VIOLATION, MALFEASANCE OF OFFICE, MISPRISION OF FELONY, OFFICIAL MISCONDUCT, CRIMINAL CONSPIRACY, SEDITION AND INSURRECTION, BAD FAITH CLAIMS, EMBARASSMENT, HUMILIATION, LIBEL and SLANDER hereinafter, CRIMES and punished Eric without due process in absence of any actual crime against life, liberty, or property.

2                       Common Law AFFIDAVIT/DECLARATION OF TRUTH
3rd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

1. All RESPONDENTS are in default of Common Law AFFIDAVIT /DECLARATION OF TRUTH Notice of Constitutional Violations, Notice to Cure, Notice to Cease and Desist, hereinafter, Affidavit 22, dated December 13, 2021, and agree that RESPONDENTS failed to answer, respond or comply with section II. Of Affidavit 22.

2. On or about January 15, 2022, All RESPONDENTS received Common Law AFFIDAVIT/DECLARATION OF TRUTH  Notice of Constitutional Violations, Notice to Cure, Notice to Cease and Desist, hereinafter, Affidavit 33, dated January 5, 2022.

3. **All RESPONDENTS are in default of Affidavit 33**, and agree that RESPONDENTS failed to answer, respond or comply with section II. of Affidavit 33.

4. All RESPONDENTS agreed by tacit consent that Eric's Common Law AFFIDAVITs/ DECLARATION OF TRUTH received by RESPONDENTS on or after December14th, 2021 are truthful and correct.

5. On or about November 29th, 1986, Ronald L. Freeze and Ann G. Freeze appointed Peter G. Freeze of Concrete Washington as their true and lawful attorney and granted Peter G. Freeze GENERAL POWER OF ATTORNEY in relation to the property located at 4602 and 4606 Moen Rd, Concrete Washington hereinafter, Property.

6. On or before November 2021, Peter G. Freeze bequeathed said Property to Eric Freeze.

7. On or about November 15, 2021, Eric arrived home to find his home vandalized, broken into and the door locks completely changed.

8. On or about or after November 16, 2021, Eric notified the Skagit County Sheriff that his home had been broken into, vandalized, and theft had occurred, and the door locks removed and changed to new lock of which Eric was not given keys.

9. On or about or after November 16, 2021, Skagit County Deputy Sheriff Mullen told Eric that the perpetrator of the crimes committed against him was Jose Acuna, and that Skagit County Deputy Sheriff Mullen talked with Elizabeth Gallaghar, who verified that she hired Jose Acuna to break and enter Eric's home and change the locks, and if Eric needed any personal items from the home, he could get the key from Jose Acuna.

10. All previous affidavits are included as part of the whole of this document. Via Registered, Certified, return Receipt, or USPS Mail, 70203160000172332027, 70203160000025999704, 70203160000025999698, 70203160000172332041, 70202450000226906689, 70202450000226906696, 70203160000172332034

11. On or after December 16, 2021, acting Sheriff Don McDermott is in dereliction of his duty and violated his oath of Office for:
    a. becoming complicit by working in concert with RESPONDENTS as CRIMES continued and
    b. failing to arrest Jose Acuna for trespass, breaking and entering and theft
    c. for failing to investigate, act upon or report Federal CRIMES to a superior authority or report said CRIMES to a Superior Court Judge.
    d. Misprison of Felony
    e. Disregarding Eric's report of vandalism, theft and trespass
    f. All CRIMES

12. On or after December 16, 2021, acting Prosecuting Attorney Rich Weyrich is in dereliction of his duty and violated his oath of Office for:
    a. becoming complicit by working in concert with RESPONDENTS as CRIMES continued and
    b. failing to indict Elizabeth Gallaghar for conspiracy to hire for criminal conspiracy.
    c. failing to indict Jose Acuna for trespass, breaking and entering, theft, violation of Eric's 4th Amendment Rights, Fraud and vandalism.
    d. for failing to investigate, act upon or report Federal CRIMES to a superior authority or report said CRIMES to a Superior Court Judge
    e. Misprison of Felony
    f. All CRIMES

13. In regard to all actions to remove Eric from Property, undertaken by RESPONDENTS, Eric denies the RESPONDENTS' statement that Eric was allowed due process, or was allowed a lawful timely manner to respond.

14. Eric states that every correspondence from RESPONDENTS was answered in a lawful timely manner.

15. Eric rebuts and disagrees with every claim RESPONDENTS has made against him as false statements. The RESPONDENTS have declared False Claims.

16. RESPONDENTS agree that Eric has responded to every correspondence in a lawful timely manner.

Common Law AFFIDAVIT/DECLARATION OF TRUTH
3rd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

17. On or about December 13, 2021, Eric filed a Lis Pendens, 202112130090, on all Property. As stated in this Common Law Lis Pendens, all words, terms, and phrases as written in this document are to be clarified and defined only by Eric or his representative.

**Statement of Fact;** this Lis Pendens, Skagit County Auditor record number 202112130090, is filed on all real estate, all buildings, all equipment, all contents and all merchandise. **See LAWFUL NOTICE page 6.**

18. Due to the RESPONDENTS' unlawful actions Eric intends to lien the Property in question for $740,876.00 for Eric's, claims, interest and work performed. TRUST and or RESPONDENTS have violated contract with Eric.

19. RESPONDENTS rejected Eric's 1st good faith offer to cure in the original Affidavit dated December 13, 2021, and sent to RESPONDENTS, but agreed by tacit assent, " If this reduced offer is not accepted, **RESPONDENTS agrees the full damage is due and payable to Eric. Settlement amount does not reflect total damages to Eric."**

20. RESPONDENTS rejected Eric's 2nd good faith offer in Affidavit 22 dated January 5, 2022, for $2,222,628.99 in functional currency of the United States.

21. Therefore, RESPONDENTS shall pay Total Damages to Eric as agreed in Item 17 of this AFFIDAVIT copied from original Affidavit dated December 13, 2021.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the united States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both.

As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this AFFIDAVIT, will immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

5

Common Law AFFIDAVIT/DECLARATION OF TRUTH
3rd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

## LAWFUL NOTICE

**Sufficient Lawful notification** has been provided to Skagit County Sheriff, Don McDermott, Skagit County Prosecutor, Rich Weyrich and RESPONDENTS. ANY ATTEMPT TO TRESPASS, REMOVE, SMUGGLE, DAMAGE, DESTROY, STEAL or CONSPIRE TO DEPRIVE Eric of the items outlined but not limited to those in item 17, **Statement of Fact;** will have the charges of TRESPASS, THEFT, POSSESSION OF STOLEN PROPERTY, RACKETEERING, and all CRIMES previously listed, filed against them.

## OFFER TO CURE

Eric makes this good faith 10 (ten) day **Total Offer to Cure**.

Therefore, Eric submits this invoice for, but not limited to; ACTING UNDER COLOR OF LAW, failure to Cease and Desist unlawful actions, violation of Eric's 4th Amendment Rights, RICO, TRESPASS, FRAUD, DOMESTIC TERRORISM, CRIMINAL CONSPIRACY, HARASSMENT, PERJURY, INTIMIDATION, SLANDER, fees, and expenses to Eric. RESPONDENTS agree to make full payment, at time and place designated by Eric.

**Total Offer.** Because of these numerous, various and sundry unlawful actions, infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice to cure as a second good faith settlement for said RESPONDENTS' unlawful acts upon Eric Freeze for $7,787,885.00 (Seven Million Seven Hundred Eighty Seven Thousand Eight Hundred Eighty Five eight dollars) USD (in functional currency of the United States) for payment to Contract Collection Trust hereinafter, CCT, at time and place designated by Eric.

It is agreed that receipt of payment for this Total Offer, hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damages suffered by Eric. Total Offer amount reflects damages to Eric. This good faith settlement offer is only valid for the next 10 days from receipt of this AFFIDAVIT. RESPONDENTS shall pay in full Total Offer to Cure, within ten (10) days of receipt of AFFIDAVIT. Total Offer voids without notice of intent or full payment.

RESPONDENTS agreed by tacit assent and default of December 13th, 2021, Common Law AFFIDAVIT/DECLARATION OF TRUTH to pay the full amount of damages to Eric within 10 days of receipt of this AFFIDAVIT, with interest calculated at rate of 3.5 % (three and 1/2 percent) compounded per annum, prorated monthly starting December 13, 2021 on any and all unpaid damages to Eric.

## CORRESPONDENCE

6

Common Law AFFIDAVIT/DECLARATION OF TRUTH
3rd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

Should RESPONDENTS elect to settle with payment of functional currency of the United States, Make Cashier's check payable to: Contract Collection Trust
Place of payment: P. O. Box 119, Burlington, WA 98233
Time of payment: Within 20 days of receipt of this AFFIDAVIT.

### Should this offer be rejected, BY RESPONDENTS:

- RESPONDENTs agree to any form of encumbrance, lien, garnishment, auction or action on and of all RESPONDENT'S bonds, property, and assets, required to satisfy Offer to Cure until the sum total damages and interest is collected by Eric from each RESPONDENT.

- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety and this consent supersedes any and all civil and or statute law for filing or leaning RESPONDENTS for damages against Eric in RESPONDENTS' private, civil and or public capacity.

- Of this presentment take due Notice and heed and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

### CONCLUSION

**Sufficient Lawful notification** has been provided to Skagit County Prosecutor, Rich Weyrich, Sheriff Don McDermott and all RESPONDENTS stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. Pursuant to this Notice, if RESPONDENTS disagree with anything stated in this AFFIDAVIT, they must rebut point by point with an affidavit given under Pain and Penalty of Perjury, within (10) ten days of receipt thereof. Any other reply not conforming to Section II of this AFFIDAVIT, regardless to subject matter is to be considered false and a nonreply to this AFFIDAVIT. RESPONDENTS shall Cease and Desist all unlawful actions against Eric.

An unrebutted affidavit stands as truth and fact before any court. Eric's constitutionally protected rights have been severely infringed because RESPONDENTS have willfully, knowingly, worked in concert, in a pattern and practice to unlawfully prevent Eric from pursuing Eric's constitutionally protected right to provide for himself. These rights have been severely curtailed because RESPONDENTS have unlawfully imposed unconstitutional demands whereupon RESPONDENTS have jointly agreed to infringe Eric's rights by FRAUD to the detriment of Eric. RESPONDENTS have violated Eric's rights

RESPONDENTS' failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this AFFIDAVIT is true, correct, legal, lawful,

7

and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

1. **The Definitions, meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined only** by Eric or his representative, acting by Right of original common law jurisdiction. Any definitions or explanations must be requested in writing and will be answered in a timely manner. Requests for definitions shall not delay or extend the time given to respond to this AFFIDAVIT. Affiant further sayeth naught. All Rights Reserved,

Sworn Statement patterned per 28 U.S.C. 1746 (1):

"I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on January 28, 2022.

With All Rights Reserved,

(Signature): _Eric Freeze_

Eric Freeze,

Affiant/Declarant, in propria persona
*UCC 1-308 without prejudice*

_January 28, 2022_
Date

8

# EXHIBIT 3

## BOND REQUEST

Dear Public Officials:

Jay Robert Inslee, Robert Ferguson, Umair A. Shah, Steve Hobbs, Don McDermott, Rich Weyrich, Sandra Perkins, Ron Wesen, Peter Browning, and Lisa Janicki, Bret Sachter, Paul Taylor,

This day, I have served each of you with a letter of intent to file a claim against, but not limited to, your insurance liability policy that is held by a Risk Management Company/Surety company in lieu of your individual Performance Bond, Faithful Performance Bond, Fidelity Bond, Surety Bond, Statutory Bond, the Errors & Omissions (E&O), and the Duty of Care policy, or Blanket liability Bonds, (for each offense to be listed) that are required by state law for every person who are elected or appointed to government or public office.

According to your policy it is the duty of the policy holder in the event a person files a letter of intent against you for wrongful act, claims or suits to: (copied from your insurance policy)

1.      "You will be deemed to be aware of and have knowledge of an occurrence or wrongful act(s) of the date that your legal department, risk management department, claim administrator or any of your elected, appointed or employed officials receives notice of such occurrence of wrongful act(s)."

2.      "Results in the establishment of a reserve, or would reasonably require the establishment of a reserve, for ultimate net loss under Coverage Part A or loss under Coverage Part B which equals or exceeds 33% of the relevant retained limit that involves any of the following – class actions or punitive class actions."

You might not realize this yet but each of you is PERSONALLY liable for a pre-determined amount stated in your policy for damages per claim. In your policy each occurrence is one claim filed against your policy. Each occurrence carries a pre-determined deductible that you must pay prior to the insurance company covering the rest of the damages.

That means you could lose your house, your cars, your job, your retirement, etc. if you DO NOT PAY ATTENTION.  You are in violation of multiple State, Federal and International laws and based on this most recent case in Illinois, you could be facing time in FEDERAL PRISON for your actions if you do not cease and desist!

"Statutory rights have attempted to be bypassed through the issuance of executive orders and emergency rules," "This type of evil is exactly what the law was intended to constrain."

I don't want to see any of this happen to you.  All I want is what is best for you and WE The PEOPLE OF Skagit County.

Sincerely,

*Erin Freey*

Date 02/24/2022

1

Cover Letter &
Request for Bond Number
and Oath of Office

Re: Freedom of Information Act Request

Dear Jay Robert Inslee, Robert Ferguson, Umair A. Shah, Steve Hobbs, Roman Dixon, John F. Kuntz, Matthew F. Wareham, David Folweiler, Michael Bosjancic, Sarah W P Wright, Tammy Kelley, Robert Nicoloff, John Wiesman, Judy Colenso, Marlee O'Neill, Jenny Yeam, Don McDermott, Rich Weyrich, Sandra Perkins, Bret Sachter, Paul Taylor Ron Wesen, Peter Browning, and Lisa Janicki

This is a request under the Freedom of Information Act, The Sunshine Act 5 U.S.C. § 552b, and **Washington Public Records Act Title 14 Chapter 44-14**, I request that a photocopy of the following documents be provided to me:

- A photocopy of your Public Official Surety Bond required by **Washington Title 28A.330.060**
- A photocopy of the blanket surety bond of the members to be bonded under a blanket bond.
- A photocopy of your Errors & Omissions (E&O), a Surety Liability Insurance policy, and the Duty of Care policy if applicable.
- A photocopy of your Risk Management Policy if applicable.
- A photocopy of the following documents if applicable:
    - ACORD 125
    - ACORD 126
    - ACORD 127
    - ACORD 128
    - The documents should indicate the policy number and the insured amount of the policy.
- Certificate of Liability if applicable.
- Public Officials and/or any other bonds pertaining to proof of liability and policies. **Based on any and all loses of financial responsibility due to negligence or dishonesty. Any and all based on the contract of terms and conditions.
- A photocopy of your faithful Performance Bond if applicable.
- A photocopy of your Fidelity Bond if applicable.
- A photocopy of your Public Employee Dishonesty Policy if applicable.
- A photocopy of your Public Employee Blanket Bond if applicable.
- A photocopy of your Statutory Bond if applicable.
- A photocopy of the power of attorney for the surety bond company.
- A photocopy of the Blanket Bond power of attorney for the surety bond company if applicable.
- A photocopy of all Bonds; individual Performance Bond, Faithful Performance Bond, Fidelity Bond, Surety Bond, Statutory Bond, the Errors & Omissions (E&O), and the Duty of Care policy, or Blanket liability Bonds,
- A photocopy of your oath of office.

I am a private citizen seeking information concerning your public official surety bond, or the Errors & Omissions (E&O), and or the Duty of Care policy that you are required by the state of Washington to obtain before swearing the oath of office.

Public Official Surety Bond requests fall under the **Freedom of Information Act (FOIA), 5 U.S.C. § 552, The Sunshine Act 5 U.S.C. § 552b, Washington Public Records Act Title 14 Chapter 44-14** by law you are obligated to supply me with this information.

It is public knowledge in the State of Washington that all elected officials are required to be bonded, carry a surety liability insurance policy, an Errors & Omissions, or a Duty of Care policy.

Thank you for your consideration of this request.

Sincerely,

_Eric Freese_ _____ Date, 02/24, 2022
**Sign**

_Eric Freese_ _____
**Print**

Address, _47996 Moen Rd._
_Concrete_ WA _98237_

**Email**
_ericfreese87@Gmail.com_
print
**State of Washington**

**County of Skagit**

Cover Letter &
Request for Bond Number
and Oath of Office

# EXHIBIT 4

Summary Judgment

8-22-22

1  **IN THE SUPERIOR COURT**
2  **FOR THE STATE OF WASHINGTON**
   **FOR SKAGIT COUNTY**

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA

2022 AUG 22  AM 10: 15

3
4  *Elizabeth E. Gallagher as*     Case No.: 22-2-163-29
5  *Trustee for the Ann & Ronald*
6  vs.    *Freeze Revocable*     ☐ CLERK'S ACTION REQUIRED
       *Trusts*
7  *Eric Freeze*    ORDER ON:
8          ☒ Civil          ☐ Criminal
           ☐ Domestic    ☐ Other
9
10
11    THIS MATTER having come on regularly and the Court having heard the motion(s)
12  *to stay, determine damages & amount of*
13  *supersedeas bond, and contempt.*
14
15    THIS COURT FINDS *defendant presents new information*
16  *that must be supported by declarations*
17  *re: equitable damages for work/improvements*
18  *to the subject property.*
19
20    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that *Defendant*
21  *shall file his proof by 9/2/22 and mail two (2)*
22  *hard copies to Plaintiff: one to Mr. Taylor and*
23  *one to Ms. Gallagher. Plaintiff's response is*
24  *due by 9/28/22 absent further court order.*
25  *Any reply by Defendant shall be filed by 10/4/2*
26  Dated *8/22/22*    *No further hearings*
27          *are required*
           *as the court*
28    JUDGE/COMMISSIONER    *will rule*
29  APPROVED AS TO FORM    *based upon today's*
   Presented by:    Approved:    *argument and the*
30          *file.*
                 *The 5/19/2*
   Attorney for    Attorney for *Defendant present*
   *motion to vacate the 5/6/22*
   *order is denied. Defendant is ordered to*
   *pay the sanction by 9/2/22. If not paid*

# EXHIBIT 5

Order

12-23-22

1   IN THE SUPERIOR COURT
2   FOR THE STATE OF WASHINGTON
    FOR SKAGIT COUNTY

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA

2022 DEC 23  PM 2:54

3
4
5   ELIZABETH E. GALLAGHER, as TRUSTEE of
    the ANN G. FREEZE REVOCABLE TRUST,
6   and of the RONALD L. FREEZE REVOCABLE
    TRUST,
7             Plaintiffs,

Case No.: 22-2-00163-29

☒ CLERK'S ACTION REQUIRED

ORDER ON: DEFENDANT'S MOTION FOR
"VACATION OF VOID JUDGMENT AND
COLLATERAL ATTACK"

8
9   vs.
10  ERIC FREEZE
11            Defendant.

☒ Civil          ☐ Criminal
☐ Domestic

22-2-00163-29
OR         108
Order
13669454

12

13          THIS MATTER having come on regularly and the Court having heard the Defendant's

14  Motion for "Vacation of Void Judgment and Collateral Attack." The Court considered the motion

15  filed by the Defendant, Mr. Freeze, the response filed by the Plaintiff, the records and pleadings

16  on file in this case, and argument at the hearing on December 23, 2022.

17          THIS COURT FINDS that:

18      1.  On October 31, 2022, the Court entered an Order granting Plaintiff's Motion for a

19          Determination of Damages and Amount of Supersedeas Bond on Appeal and Motion for

20          Contempt. The Court ordered Defendant to vacate the property by December 1, 2022,

21          and "remove his personal property, including all inoperable and unlicensed vehicles from

22          the Property; and that any of the Defendant's personal property remaining on the

23          Property be sold or disposed by the Plaintiff in accordance with Washington law."

24      2.  In that Order on October 31, 2022, the Court also found Defendant in Contempt for his

25          failure to pay $750 in sanctions ordered on May 6, 2022 and "an additional sanction of

26          $1,000 for CR 11 violations in continuing to maintain a clearly frivolous lawsuit despite

27          warnings from the Court."

28      3.  The $1,750 in total sanctions were ordered to be paid within two weeks, which would

29          have been by November 15, 2022.

30      4.  Defendant has not paid the sanctions and remains in contempt of Court.

5. On November 23, 2022, Defendant filed a Motion to Dismiss for Lack of Jurisdiction, claiming all the Court's Orders are null and void.

6. The Court entered an Order denying Defendant's Motion to Dismiss for Lack of Jurisdiction on December 9, 2022.

7. On December 4, 2022, Defendant Freeze having failed to vacate the Property or remove his personal property, the Skagit County Sheriff's Office enforced the Writ of Execution and removed Mr. Freeze from the Property.

8. On December 8, 2022, Defendant filed the present Motion for Vacation of Void Judgment and Collateral Attack, requesting that the Court's October 31, 2022 order and subsequent writ of restitution be vacated. This is essentially a motion for reconsideration of that October 31, 2022 order.

9. Skagit County Local Rule 59 requires that any motion for reconsideration or amendment of judgment must be filed and served within ten days after entry of the judgment or order. The local rules also set forth a number of procedural requirements for a motion for reconsideration that were not followed in this case. Of note, pursuant to Skagit County Local Rule 59(4)-(5), oral arguments will be scheduled only if the Judge involved requests the same and hearings will only be noted if oral argument has been requested by the Judge. SCLR 59(4)-(5).

10. On December 12, 2022, Defendant filed a "Motion for Reconsideration of the Court's Order on Plaintiff's Motion for Determination of Damages and Amount of Supersedeas Bond and Motion for Contempt", and noted it for hearing on December 30, 2022.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. Defendant's Motion for "Vacation of Void Judgment and Collateral Attack" is denied as an untimely Motion for Reconsideration.

2. Defendant's "Motion for Reconsideration of the Court's Order on Plaintiff's Motion for Determination of Damages and Amount of Supersedeas Bond and Motion for Contempt" is stricken from the civil calendar on December 30, 2022 as an improperly noted Motion for Reconsideration.

3. Defendant remains in contempt of Court for failing to pay the $1750.00 in total sanctions ordered on May 6, 2022 and October 31, 2022. To purge this contempt and avoid additional sanctions, Defendant must pay the previously ordered sanctions within two weeks to counsel for Plaintiff.

4. As previous financial contempt sanctions have not been paid and have not deterred Defendant from filing motions to relitigate the issues in this case, the Court orders that Defendant may not file additional motions in this case, without first obtaining Court approval, without first paying the previously ordered contempt sanctions of $1750, and purging his contempt.

Dated: 12/23/22

JUDGE Elizabeth Yost Neidzwski

# Exhibit 6

## Amicus Curiae

8/30/2022 8:30 AM

RECEIVED FROM THE SKAGIT COUNTY CLERK

ON THIS 29 DAY OF 08 20 22

E Sergio

BY Jose Acuna
To me

22-2-20185-29
NTAPR        12
Notice of Appearance
12348420

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA

2022 AUG 23  AM 9: 32

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR SKAGIT COUNTY

JOSE ACUNA,

    Petitioner,

    v.

ERIC FREEZE,

    Respondent.

No.  22-2-20185-29

**NOTICE OF APPEARANCE**

(Amicus Curiae)

TO: ERIC FREEZE

AND TO: JOSE ACUNA

AND TO: Clerk of the Superior Court

YOU AND EACH OF YOU will please take notice that Elizabeth Gallagher, Trustee of the Freeze Revocable Trusts hereby appears in the above-entitled cause by and through Paul W. Taylor of the Law Office of Paul W. Taylor Inc., P.S.

    YOU ARE FURTHER NOTIFIED that this appearance is limited to the hearing on Petitioner's request for a Protection Order scheduled for August 23, 2022 @ 9:30 a.m. or as hereafter re-scheduled by the Court.

    DATED at Mount Vernon, Washington, this 23rd day of August, 2022.

LAW OFFICE OF PAUL W. TAYLOR, INC., P.S.

By: _Paul W. Taylor_
Paul W. Taylor, WSBA No. 13945
20388 Eric Street
Mount Vernon, WA 98274
360-416-6900
pwtlaw@frontier.com

**ORIGINAL**

Law Office of Paul W. Taylor, Inc., P.S.
20388 Eric Street
Mount Vernon, WA  98274
Phone: (360) 416-6900

22-2-20185-29
DCLR          13
Declaration Affidavit
12343492

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA

2022 AUG 23  AM 9: 32

CEIVED FROM THE SKAGIT COUNTY CLERK

ON THIS _29_ DAY OF _08_ 20 _22_

+ Signn

BY _____
Jose T Acuna

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR SKAGIT COUNTY

JOSE ACUNA,

Petitioner,

v.

ERIC FREEZE,

Respondent.

No.  22-2-20185-29

DECLARATION  OF  PAUL  W.
TAYLOR

*(Amicus Curiae)*

PAUL W. TAYLOR, declares under penalty of perjury under the laws of the State of Washington that the following is true:

1.      I make this declaration in support of Petitioner's petition for a Protective Order against Eric Freeze of Concrete, Washington.

2.      I am a resident of the State of Washington, over the age of eighteen (18), and that I am competent to testify to, and have personal knowledge of the matters herein.

3.  I am the attorney for the Elizabeth Gallagher, the Trustee of the Ann G. Freeze Revocable Trust and the Ronald L. Freeze Revocable Trust which were created to provide funds for her father and mother's health and welfare. Ms. Gallagher is appearing *amicus curiae* in this matter.

ORIGINAL

Law Office of Paul W. Taylor, Inc., P.S.
20388 Eric Street
Mount Vernon, WA  98274
Phone: (360) 416-6900