UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE,<br><br>    Plaintiff,<br><br> v.<br><br>DON MCDERMOTT, et al.,<br><br>    Defendants. | CASE NO. C22-1844JLR<br><br>SHOW CAUSE ORDER |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

SHOW CAUSE ORDER - 1

*Id.* Here, it appears that Plaintiff Eric Stephen Freeze has not served Defendants with a summons and a copy of his complaint within the timeframe provided in Rule 4(m). (*See generally* Dkt.)

Accordingly, the court ORDERS Mr. Freeze to SHOW CAUSE, by April 10, 2023, why this action should not be dismissed for failure to comply with Rule 4(m). Alternatively, Mr. Freeze may respond, by April 10, 2023, with proof that Defendants have in fact been served or have agreed to waive service. If Mr. Freeze does not demonstrate good cause for the failure to comply with Rule 4(m), the court will dismiss his claims against Defendants without prejudice.

Dated this 30th day of March, 2023.

JAMES L. ROBART
United States District Judge

SHOW CAUSE ORDER - 2