Eric Stephen Freeze
P. O. Box 12
Concrete, WA 98237
360 202 6178
ericfreeze87@gmail.com
Plaintiff in *pro per*



FILED
LODGED
RECEIVED   MAIL

MAY 12 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eric Stephen Freeze,<br>　　　Plaintiff,<br>vs.<br>DONALD MCDERMOTT, ELIZABETH E. GALLAGHER, JOSE T. ACUNA, LISA M. JANICKI, ANN G. FREEZE REVOCABLE TRUST, and the RONALD L. FREEZE REVOCABLE TRUST, PAUL W, TAYLOR, and COUNTY OF SKAGIT<br>　　　Defendants | Case No.: 22-cv-1844-JLR<br><br>**RESPONSE TO DEFENDANTS REPLY ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

## SUMMARY OF REPLY

Upon review of Defendants' reply, the Defendants have failed to supply this Court with any sustenance of evidence and have only responded with unsubstantiated hearsay in an attempt to trick and confuse this court but more importantly, the Defendant's failure to meaningfully address any of the violations and causes actions that have been presented to the court such as:

1. Defendants violation of their oath of office

2. Defendants dereliction of their official duties

3. Defendants failure to address that their oaths of office and Official bonds are required to be current, properly submitted, and recorded prior to performing any official duties

RESPONSE TO DEFENDANTS
REPLY ON MOTION TO DISMISS
PLAINTIFF'S COMPLAINT                                                                     Page 1 of 3

4. Failure of County official Defendants to address that their oath of office expired before obtaining their delinquent public official bonds

5. Failure of the Defendants to address the Public Official appointees can only be valid when made by Valid Public officials that have the legal authority to make appointments

6. Failure of Defendants to address that without valid oaths of office, the delinquent and thus defective Prosecuting Attorney Official bond, the Deputy Prosecutor is not a legally authorized appointment and thus is not allowed to claim to be the Public Official position of Deputy Prosecuting Attorney. Plaintiff has to once again warn and notify this court of the ongoing Fraud the Defendants are committing upon this Court.

7. Defendants have failed to supply this court with one scintilla of evidence supported by actual evidence or in a sworn affidavit to support their claims to this Court.

## STATEMENT OF FACTS

This court is obligated to acknowledge that the Defendants have not denied or disputed a single affidavit that has been submitted to this court with a response in affidavit format, so Defendant's responses are invalid and hearsay. Alternately, the court is obligated to acknowledge the claims made against the Defendants are substantiated by actual affidavits that stand as prima facie evidence, truth, and fact, Stare decisis:

*United States v. Kis*, 658 F.2d 526, 536 (7th Cir. 1981),
*Bey v. Stumpf*, no. 11-5684 (RBK) Dist. Court N.J (2011),
*Data Disc 2 Inc v Systems Tech Assoc Inc.*, 557 F2d 1260 (9th Cir. 1977),
*Taylor v. Portland Paramount Corp.*, 383 F.2d 634, 639 (9th Cir. 1967).

Moreover, the Plaintiff wishes to point out to this court, that if this court allows the Defendants' criminal actions to prevail it will be indirectly condoning their crimes upon this court and setting a precedence that misconduct and crimes are approved tactics in this court.

As an example, the Plaintiff once again brings to this Court's attention the Defendants' masquerading attorney, Deputy Prosecuting Attorney Pedersen, who wishes this court to approve that he was appointed by Prosecuting Attorney Richard Weyrich, the former Skagit County Prosecuting Attorney. As this Court has been made aware, Richard Weyrich failed to secure his Official bond and deliver it to the County Clerk prior to performing Public official duties, and as a result, Richard Weyrich did not and still does not, have the authority to appoint anyone to any Public office, such as Deputy Prosecutor, in Skagit County. If the masquerading Deputy Prosecuting Attorney is not offensive enough to this Court, the Court is reminded that this publicly funded position was not even lawfully approved to provide Attorney services for the Defendants, and has been caught illegally using its tax-funded position for the Defendants's personal benefit in this Case.

This court cannot validate the criminal activity by allowing a fraudulently empowered attorney's actions to be used in any manner in this case because, among many reasons, it will set the standard that all BAR attorneys can commit similar crimes in this court. This court has no option but to strike arguments made to this court by the masquerading Skagit County Deputy Prosecuting Attorney who continues to commit fraud upon taxpayers he claims to represent.

## CONCLUSION

For the foregoing reasons, this Court should not grant the Defendants' Motion to dismiss Plaintiff's Complaint and should rule in favor of the Plaintiff.

## LCR 7(e) Length Certification

I certify this memorandum contains 818 words, in compliance with the Local Civil Rules.

Dated May 11th, 2023
Respectfully submitted,

Eric Freeze

RESPONSE TO DEFENDANTS
REPLY ON MOTION TO DISMISS
PLAINTIFF'S COMPLAINT

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1-Day
CLEARLAKE, WA
98235
MAY 11, 23
AMOUNT
$28.75
R2304M114279-03

RDC 07
98101

EI 604 148 502 US

# PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

Hart et al
23-CV-309
22-CV-1814-JLR
22-CV-1843-RSL
629 E college Way
Mt Vernon WA 98273

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

Clerk US District Court
700 Stewart St Ste 2310
Seattle WA 98101

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN** (POSTAL SERVICE USE ONLY)
PO ZIP Code: 98273
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
Scheduled Delivery Date (MM/DD/YY): 5-12-23
Postage: 28.75
Scheduled Delivery Time ☐ 6:00 PM
Insurance Fee | COD Fee
Date Accepted (MM/DD/YY): 5-1-23
Time Accepted ☐ AM ☑ PM
Return Receipt Fee | Live Animal Transportation Fee
Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees: 28.75
Weight ☐ Flat Rate  lbs. ozs. | Acceptance Employee Initials

**DELIVERY** (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

EP13F Oct 2018
OD: 12 1/2 x 9 1/2



schedule free package Pickup,
scan the QR code.

USPS.COM/PICKUP
0001000006